1

2

3

4                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
5                              AT TACOMA

6   RONALD HOLTZ,
                                              No. C12-5111 RJB/KLS
7                            Plaintiff,
                                              ORDER GRANTING APPLICATION TO
8          v.                                 PROCEED IN FORMA PAUPERIS AND
                                              DIRECTING INSTITUTION TO
9   SUSAN KARR,                               CALCULATE, COLLECT, AND
                                              FORWARD PAYMENTS
10                          Defendant.

11          The Court, having reviewed Plaintiff's application to proceed in forma pauperis (ECF

12   No. 8) does hereby find and **ORDER**:

13          Plaintiff's declaration indicates he is unable to afford the court's filing fee or give

14   security therefor.  Accordingly, Plaintiff's application to proceed as a pauper is **GRANTED.  As**

15   **set forth below, an initial partial filing fee will be collected, and Plaintiff is required to**

16   **make monthly payments of 20 percent of the preceding months income credited to his/her**

17   **account until the full amount of the filing fee is satisfied.**

18

19          Pursuant to 28 U.S.C. § 1915 and Plaintiff's approved application to proceed *in forma*

20   *pauperis*, the agency having custody of the above named Plaintiff is directed to calculate an

21   initial partial filing fee equal to 20 percent of greater of -- the average monthly deposits to the

22   prisoner's account or the average monthly balance in the prisoner's account for the 6-month

23   period immediately preceding the date of this Order.  The initial partial filing fee should be

24   forwarded to the Court Clerk as soon as practicable.

25

26

ORDER - 1

1

Subsequently, if the prisoner's account exceeds $10.00, each month the agency is

2 directed to collect and forward payments equal to 20 percent of the prisoner's preceding month's

3 income credited to the prisoner's account. In the event that the monthly payment would reduce

4 the prisoner's account below $10.00, the agency should collect and forward only that amount

5 which would reduce the prisoner's account to the $10.00 level. Please note that this $10.00 limit

6 does not apply to the initial partial filing fee described above. Finally, the monthly payments

7 should be collected and forwarded to the Court until the entire filing fee ($350.00) for this matter

8 has been paid.

9

10 The Clerk is directed to send Plaintiff a copy of this Order and the General Order, along

11 with a copy of Plaintiff's Acknowledgment and Authorization portion of the IFP application to

12 the attention of the inmate account manager of the Pierce County Jail, Tacoma, Washington.

13 DATED this  16th  day of May, 2012.

14

15

16

17 Karen L. Strombom
United States Magistrate Judge

18

19

20

21

22

23

24

25

26

ORDER - 2