UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RON HOLTZ,

                Plaintiff,

   v.

SUSAN KARR,

               Defendant.

No. C12-5111 RJB/KLS

ORDER GRANTING EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE

By Order dated May 22, 2012, Plaintiff was ordered to show cause why this matter should not be dismissed or, alternatively to file an amended complaint curing the deficiencies outlined in the Court's order. ECF No. 15. Plaintiff was given a deadline to amend or show cause by June 22, 2012. *Id.* On June 13, 2012, Plaintiff filed a motion for extension of time. ECF No.16. He states that he discussed his case with an attorney, Kent Underwood, who took all of his relevant documents to review on May 25, 2012, but who has not returned his calls or returned his documents since that time. *Id.* Plaintiff has been unable to comply with the Court's Order without his documents.

Accordingly, it is **ORDERED:**

(1) Plaintiff's motion for extension of time (ECF No. 16) is **GRANTED**. Plaintiff must show cause or file his amended complaint on or before **July 11, 2012.** Plaintiff is cautioned that if he fails to show cause or amend his complaint by **July 11, 2012**, the Court will recommend dismissal of this action as frivolous pursuant to 28 U.S.C. § 1915.

ORDER TO AMEND OR SHOW CAUSE- 1

(2) The Clerk is directed to send copies of Plaintiff's complaint (ECF No. 13) and the Court's Order to Amend or Show Cause (ECF No. 15) to Plaintiff along with a copy of this Order.

**DATED** this  18th  day of June, 2012.

*[signature]*

Karen L. Strombom
United States Magistrate Judge

ORDER TO AMEND OR SHOW CAUSE- 2