UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RONALD HOLTZ,

                Plaintiff,

v.

MARTHA KARR, MARVIN SPENCER, C KOLLIN, SHARLA JAMES-HUTCHISON, K. MILLER, BRASWELL, JUDY SNOW, DANNY OTA, M. JOURNEY, RICHARD ODEGARD, PIERCE COUNTY DETENTION AND CORRECTIONS CENTER, MICHAEL KAWAMURA, RICHARD WHITEHEAD, DEPARTMENT OF ASSIGNED COUNSEL,

                Defendants.

No. C12-5111 RJB/KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

1)     The Court adopts the Report and Recommendation (Dkt 42).

2)     Plaintiff's Motion for Temporary Restraining Order (Dkt 24) is **STRICKEN** from the Court's docket.

3)     The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

**DATED** this 5th day of October, 2012.

_/s/ Robert J. Bryan_
ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1