# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

RON HOLTZ,

                Plaintiff,

    v.

MARTHA KARR, MARVIN SPENCER, C KOLLIN, SHARLA JAMESHUTCHISON, K MILLER, BRASWELL, JUDY SNOW, DANNY OTA, M JOURNEY, RICHARD ODEGARD, PIERCE COUNTY DETENTION AND CORRECTIONS CENTER, MICHAEL KAWAMURA, RICHARD WHITEHEAD, DEPARTMENT OF ASSIGNED COUNSEL,

                Defendants.

No. C12-5111 RJB/KLS

ORDER GRANTING EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS

      Plaintiff requests a 45 to 60 day extension of time to respond to Defendants' motion to dismiss. ECF No. 43. Plaintiff was sentenced on September 21, 2012 and anticipated a transfer from the Pierce County Jail to the Washington Correction Center in Shelton, Washington on or about September 25, 2012. ECF No. 43-1. Defendants' motion to dismiss (ECF No. 41) is presently noted for October 12, 2012. ECF No. 41.

      At the time he filed his motion for extension, Plaintiff did not know whether he would be allowed to travel with his box of legal materials or whether it would be sent separately. He also anticipates that he will need additional time to access his materials the law library at his new facility after his transfer. *Id.*

      Under these circumstances, the Court finds Plaintiff's request for an extension to be reasonable. It is, accordingly, **ORDERED:**

ORDER - 1

(1)     Plaintiff's motion for an extension (ECF NO. 43) is **GRANTED.**

(2)     Plaintiff's response to Defendants' motion to dismiss may be filed **on or before December 10, 2012.**  Defendants may file their reply **on or before December 14, 2012.**  The Clerk is directed to **re-note** Defendants' motion to dismiss (ECF No. 41) for **December 14, 2012.**

(3)     The Clerk shall send a copy of this Order to Plaintiff and to counsel for Defendants.

**DATED** this   12th   day of October, 2012.

*Karen L. Strombom* (signature)

Karen L. Strombom
United States Magistrate Judge

ORDER - 2