UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RON HOLTZ,<br><br>                Plaintiff,<br><br>  v.<br><br>MARTHA KARR, MARVIN SPENCER, C. KOLLIN, K. MILLER, SGT. BRASWELL, JUDY SNOW, DANNY OTA, M. JOURNEY, RICHARD ODEGARD, PIERCE COUNTY DETENTION AND CORRECTIONS CENTER, MICHAEL KAWAMURA, RICHARD WHITEHEAD, DEPARTMENT OF ASSIGNED COUNSEL, SHARLA JAMES-HUTCHISON,<br><br>                Defendant. | No. C12-5111 RJB/KLS<br><br>ORDER DENYING PLAINTIFF'S MOTION TO EXTEND AS MOOT |

Before the Court is Plaintiff's Motion for Extension. ECF No. 74. Plaintiff requests an additional thirty days from June 21, 2013 to file his amended complaint. *Id.* By Order dated June 21, 2013, the Court extended Plaintiff's deadline to file an amended complaint until July 26, 2013.

Accordingly, it is **ORDERED:**

1) Plaintiff's motion for extension (ECF No. 74) is **DENIED.**

2) The Clerk is directed to send copies of this Order to Plaintiff and counsel for Defendants.

**DATED** this 8th day of July, 2013.

                                       */s/ Karen L. Strombom*
                                       Karen L. Strombom
                                       United States Magistrate Judge

ORDER TO AMEND OR SHOW CAUSE- 1