UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RON HOLTZ,

                Plaintiff,

  v.

MARTHA KARR, MARVIN SPENCER, C. KOLLIN, K. MILLER, SGT. BRASWELL, JUDY SNOW, DANNY OTA, M. JOURNEY, RICHARD ODEGARD, PIERCE COUNTY DETENTION AND CORRECTIONS CENTER, MICHAEL KAWAMURA, RICHARD WHITEHEAD, DEPARTMENT OF ASSIGNED COUNSEL, SHARLA JAMES-HUTCHISON,

                Defendant.

No. C12-5111 RJB/KLS

ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT

      Before the Court is Plaintiff's Motion for Extension. ECF No. 76. Plaintiff requests an additional fifteen days, from July 26, 2013, to file his second amended complaint. *Id.* This is Plaintiff's second extension of this deadline. ECF No. 73.

      Accordingly, it is **ORDERED:**

      1)    Plaintiff's motion for extension (ECF No. 76) is **GRANTED.** Plaintiff shall file his second amended complaint **on or before August 12, 2013.** No further extensions of this deadline will be granted.

      2)    The Clerk is directed to send copies of this Order to Plaintiff and counsel for Defendants.

      **DATED** this 1st day of August, 2013.

                                        Karen L. Strombom
                                        United States Magistrate Judge

ORDER - 1