UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RONALD HOLTZ,<br><br>        Plaintiff,<br><br>    v.<br><br>MARTHA KARR, MARVIN SPENCER, SGT. BRASWELL, DANNY OTA, M JOURNEY, RICHARD ODEGARD, PIERCE COUNTY, PIERCE COUNTY SHERIFF DEPARTMENT, PAT KELLY, VINCENT GOLDSMITH, MARY SCOTT, SHARLA JAMES-HUTCHISON,<br><br>        Defendant. | CASE NO. C12-5111 RJB-KLS<br><br>ORDER DENYING MOTION TO SUPPLEMENT THE RECORD |

On January 23, 2014, the Court issued a Report and Recommendation, recommending that Defendants' Second Motion to Dismiss (Dkt. 90) be granted in part and denied in part (as to Plaintiff's religious-based claims only). Dkt. 100. In light of this recommendation, the undersigned also recommended that Plaintiff's motions (to supplement the amended complaint and for an extension of time) (Dkts. 94 and 95) be denied. On the same day that the Report and Recommendation was docketed, Plaintiff filed a motion to supplement the record. Dkt. 101.

ORDER DENYING MOTION TO SUPPLEMENT
THE RECORD- 1

Accordingly, it is **ORDERED** that Plaintiff's second motion to supplement the record is **DENIED as moot** in light of the pending Report and Recommendation. The Clerk is directed to send a copy of this Order to Plaintiff and counsel for Defendants.

Dated this 30th day of January, 2014.

Karen L. Strombom
United States Magistrate Judge