UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RONALD HOLTZ,<br><br>                Plaintiff,<br><br>  v.<br><br>MARTHA KARR, MARVIN SPENCER, SGT. BRASWELL, DANNY OTA, M. JOURNEY, RICHARD ODEGARD, PIERCE COUNTY, PIERCE COUNTY SHERIFF DEPARTMENT, PAT KELLY, VINCENT GOLDSMITH, MARY SCOTT, CHARLA JAMES HUTCHISON,<br><br>                Defendants. | No. C12-5111 RJB-KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTION FOR ENLARGEMENT OF TIME/REPLY** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

1) In his Motion for Enlargement of Time/Reply (Dkt. 123), plaintiff requests additional time to respond to the Report and Recommendation. The court has reviewed the forty-six page motion and supporting documents, which focus on discovery issues, plaintiff's classification, and plaintiff's medical care. Plaintiff has had more than enough time to respond to the pending Report and Recommendation. To the extent that this motion can be construed as objections to the Report and Recommendation, the objections are without merit. Plaintiff's Motion for Enlargement of Time/Reply (Dkt. 123) is **DENIED**.

2) The Court adopts the Report and Recommendation (Dkt. 122).

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

3)  Plaintiff's Motion for "Replevin Duces Tecum/Compel (Return of Legal Property) (Dkt. 120) is **DENIED.**

4)  The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

**DATED** this 19th day of November, 2014.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2